```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                  CRIMINAL ACTION NO. 2:06-00163

ANTWONNE D. WHITE

O R D E R

Upon the letter-form Motion filed pro se by the defendant on April 24, 2019, and the subsequent filing of a Memorandum by his attorney on May 23, 2019, which concludes that the defendant's request is not remediable by the First Step Act, it is, accordingly, ORDERED, that the defendant's motion, filed April 24, 2019, be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department and the United States Marshal.

DATED:  May 5, 2020

_____
John T. Copenhaver, Jr.
Senior United States District Judge